IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

RAYMOND K. BROWN,

Defendant.

Case No. 17-mj-52



COMPLAINT FOR VIOLATION OF
TITLE 18, UNITED STATES CODE, SECTION 2423(a)

BEFORE United States Magistrate Judge
Stephen L. Crocker

United States District Court
120 North Henry Street
Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

On or about March 12, 2017, in the Western District of Wisconsin and elsewhere, the defendant,

RAYMOND K. BROWN,

knowingly transported an individual who had not attained the age of 18, that is, "KV #1," in interstate commerce from Wisconsin to Illinois, with intent that "KV #1" engage in any sexual activity for which a person can be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2423(a)).

1

This complaint is based on the attached affidavit of Jason Pleming.

_____
JASON B. PLEMING, Special Agent
Federal Bureau of Investigation

Sworn to before me this 21st day of April 2017.

_____
HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge