# AFFIDAVIT

SEALED

STATE OF WISCONSIN )
) ss
COUNTY OF DANE )

I, Jason B. Pleming, having been duly sworn, depose and state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I have been employed with the FBI since June 2006. I am assigned to the FBI's Child Exploitation Task Force, Milwaukee Division. My duties include investigating violations of federal criminal law, including violations of Title 18, United States Code, Section 2423(a), which criminalizes transporting a minor in interstate or foreign commerce with the intent that the individual engage in prostitution or in any sexual activity for which any person can be charged.

2. The facts contained in this affidavit are known to me through my personal knowledge, training, and experience, and through information provided to me by other law enforcement officers, who have provided information to me during the course of their official duties and whom I consider truthful and reliable. Some of the information was provided in response to administrative subpoenas and I believe this information to be also be reliable. Other information was provided by a victim whom I also believe to be reliable because he was reporting a crime that was perpetrated against him and some of his information is corroborated by Facebook messages. This affidavit does not contain every fact I know about this investigation but merely is intended to show probable cause that Raymond K. Brown committed a violation of Title 18, United States Code, Section 2423(a).

3. On March 13, 2017, an adult contacted the Beloit Police Department reporting that a 15-year-old boy in her care, KV #1, was missing. She found Facebook messages on the boy's tablet indicating he was communicating with someone with the name of "Prince Paso." Later, that same day, she reported to the Police Department that the boy had returned home but that he had been sexually assaulted by "Prince Paso."

4. I have reviewed Facebook messages between the victim and "Prince Paso" that were obtained in response to a search warrant served on Facebook. The messages include the following:[1]

Paso-"Hell no u did good but ik u can do better let have a threesome tomorrow"
KV #1-"Oh fr who the third Pearson I want u now tbh"
Paso-"My cousin"
KV #1-"What better boy I ate u up remember what u said (3 moji's) femeal or meal"
Paso-"But he low with it but he goin he like a half cousin but u gotta show him a good time but u gotta show me a good time to"
Paso-"ok"
KV #1-"U know for a fact I got u its him is his shit big"
Paso-"It's it nice sice u gone likeit"
KV #1-"Can I just have u like now and tomorrow"
Paso-"Dam I'm if I come back to get u gonna have to stay at the hotel all nite to I come back from work then I'll stay another nite with u"
KV #1-"Hummm a hotel were in the rock or in the b"
KV #1-"Well when u want to come get me tomorrow then"
Paso-"In the band idk it's on u"
KV #1-"Aye what's yo cousins just in case ik him"
KV #1-"Yeah come tomorrow"

---

[1] These are not all the messages that occurred between the two on March 11 to March 12 but illustrate the nature of the conversation.

March 11 at 10:09pm
KV #1-"Is u gone come get me or nah"

March 11 at 11:07pm
Paso-"I'm at work to 12"
KV #1-"Awe okay if u got a hotel I can just spend the night"

March 12 at 12:16am
KV #1-"Lol u ready now"

March 12 at 12:38am Paso-"Yo"
KV #1-"Wassup"
Paso-"Trying to see wat I'm gone do cus I gotta work at 8, In the moring"
KV #1-"Fr damn shit idk ig u might have to drop me offearly"
Paso-"We gone be in Rockford so idk dam g I'm thinking"
KV #1-"Damn u can't call im sick or something"
Paso-"Hell nawl I cant"
Paso-"I'm finna think of some"

March 12 at 1:33am
Paso-"Be there in 5 mins"
KV#1-"Ight"
Paso-"Come out"
KV#1-"Ight"

5. On March 14, 2017, and March 23, 2017, KV#1, who was born in November, 2001, was interviewed by law enforcement officers. KV #1 indicated that "Prince Paso" picked him up on Sunday morning at 1:35 a.m. near his home in Beloit and took him to a location in Rockford. I looked at a calendar and determined that

3

Sunday morning was March 12, 2017. In the first interview, he indicated he could not identify the location, however, in the second interview, he identified the location as the Travel Inn in Rockford. Once at the hotel, "Prince Paso" left him for a period of time then came back with another person "Prince Paso" identified as his cousin. Ultimately, all three engaged in sexual contact, with KV #1 performing oral sex on "Prince Paso."

6. On March 29, 2017, KV #1 was shown a six-person photo line-up. He identified Raymond K. Brown as the person he knew as "Prince Paso." According to Brown's driver's license, his birthday is June 16, 1983.

7. On March 24, 2017, Rockford Police Officer Janie Martin went to the Travel Inn in Rockford and spoke with a desk clerk. The clerk provided a registration document that indicated Raymond Brown stayed at the Travel Inn from March 11 to March 13, 2107.

7. Pursuant to Illinois Statute 720 ILCS § 5/11-1.60(d), "a person commits aggravated criminal sexual abuse if that person commits an act of sexual penetration or sexual conduct with a victim who is at least 13 years of age but under 17 years of age and the person is at least 5 years older than the victim." According to (g) of the same statute, this offense is a Case 2 felony.

JASON B. PLEMING, Special Agent
Federal Bureau of Investigation

Sworn to before me this 21st day of April 2017.

STEPHEN L. CROCKER
United States Magistrate Judge