IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2017 MAY 10 PM 2: 18

PETER OPPENEER
US DIST COURT
WD OF WI

UNITED STATES OF AMERICA

v.

RAYMOND K. BROWN,
a/k/a "Prince Paso,"

Defendant.

INDICTMENT

Case No. 17-CR-33-jdp

18 U.S.C. § 2423(a)

THE GRAND JURY CHARGES:

## COUNT 1

On or about March 12, 2017, in the Western District of Wisconsin and elsewhere, the defendant,

RAYMOND K. BROWN,
a/k/a "Prince Paso,"

knowingly transported an individual who had not attained the age of 18, that is, "KV #1," in interstate commerce from Wisconsin to Illinois, with intent that "KV #1" engage in any sexual activity for which a person can be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2423(a)).

A TRUE BILL,

PRESIDING JUROR

for

JEFFREY M. ANDERSON
Acting United States Attorney

Indictment returned: 5-10-17