IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No.  17-cr-00033-jdp |
| RAYMOND K. BROWN, | 18 U.S.C. § 2422(a) |
| Defendant. | |

---

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

On or about March 12, 2017, in the Western District of Wisconsin and elsewhere, the defendant,

RAYMOND K. BROWN,

knowingly persuaded and enticed an individual, J.R., to travel in interstate commerce from Wisconsin to Illinois to engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2422(a)).

Sept 7, 2017
Date

JEFFREY M. ANDERSON
Acting United States Attorney